4  41
116  44

## DOZER *vs.* SARGENT.

APPEAL FROM THE COURT OF PROBATES OF THE PARISH OF LAFOURCHE INTERIOR.

The appeal will be dismissed, where the appellant fails to prosecute a previous one taken in the same suit.

PORTER, J., delivered the opinion of the court.

The appellee moves to dismiss this appeal on the ground that a previous appeal was taken which the appellant failed to prosecute.

The record affords satisfactory evidence that this objection is well grounded in fact, and the law in relation to it is free from doubt. *C. P.* 594.

It is, therefore, ordered, adjudged, and decreed, that this appeal be dismissed at the costs of the appellant.

*Lockett,* for appellant.